**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

| FITSCRUBS INC |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

**Court No.** **26-01715**

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2301 | Center (if known): | CEE004 |
| --- | --- | --- | --- |
| Protest Number: | 230124100205 | Date Protest Filed: | 10/16/2024 |
| Importer: | FITSCRUBS INC | Date Protest Denied: | 03/09/2026 |
| Category of Merchandise: | Men's and Women's Clothing | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| SEE ATTACHED | SCHEDULE | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner
Sandler, Travis & Rosenberg, P.A.
286 Madison Avenue, Suite 1200
New York, NY 10017
212-549-0137 / jkenner@strtrade.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Denial of USMCA treatment

The issue which was common to all such denied protests:

Denial of USMCA treatment

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

03/11/2026
_____
*Date*

Form 1-3

# SCHEDULE OF PROTESTS

CEE004
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 230124100205 | 10/16/2024 | 3/9/2026 | 48025400762 | 07/07/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025402156 | 07/14/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025470450 | 02/10/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025471771 | 02/17/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025481788 | 02/24/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025483065 | 03/03/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025542456 | 03/10/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025543819 | 03/17/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025544981 | 03/24/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025566240 | 03/31/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025567289 | 04/06/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025568196 | 04/14/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025613323 | 04/21/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025614859 | 04/28/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025641266 | 05/05/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025643072 | 05/12/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025674580 | 05/19/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025676106 | 05/26/2023 | 05/03/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025699405 | 06/02/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025700526 | 06/09/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025701789 | 06/16/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025744011 | 06/23/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025745190 | 06/30/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025800367 | 07/21/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025801266 | 07/28/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025802702 | 08/04/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025873067 | 08/22/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025873679 | 08/25/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025874875 | 09/01/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025875914 | 09/08/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025903476 | 09/18/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025904714 | 09/22/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025930917 | 09/29/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025932020 | 10/06/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025933291 | 10/13/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025934356 | 10/20/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025989632 | 10/27/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025990507 | 11/03/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025991620 | 11/10/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025992933 | 11/17/2023 | 04/19/2024 | 2301 |

Form 1-3

# SCHEDULE OF PROTESTS

CEE004
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | 10/16/2024 | 3/9/2026 | 48025993691 | 11/27/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48025994830 | 12/01/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48026072875 | 12/08/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48026074160 | 12/15/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48026090208 | 12/21/2023 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48026092428 | 01/12/2024 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48026128651 | 01/19/2024 | 04/19/2024 | 2301 |
| | 10/16/2024 | 3/9/2026 | 48026129006 | 01/22/2024 | 04/19/2024 | 2301 |